1022

**Francis J. UPHAM, Appellant, v. Francis BIDDLE, Attorney General of the United States, et al.**

No. 12695.

Circuit Court of Appeals, Eighth Circuit.

Sept. 14, 1943.

Francis J. Upham, pro se.

Maurice M. Milligan, U. S. Atty., and Richard H. Musser, Asst. U. S. Atty., both of Kansas City, Mo., for appellees.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellant, without taxation of costs in favor of either of the parties in this Court.

**Glenn C. WEATHERBY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.**

No. 12361.

Circuit Court of Appeals, Eighth Circuit.

Sept. 16, 1943.

John F. Rhodes and John T. Barker, both of Kansas City, Mo., and Glenn C. Weatherby, of Parkville, Mo., for petitioner.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Sp. Asst. to Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and Bernard D. Daniels, Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM.

Decision of Board of Tax Appeals, now the Tax Court of the United States, in all respects affirmed and petition to review dismissed without taxation of costs in favor of either of the parties in this Court, on motion of Commissioner of Internal Revenue for entry of judgment in accordance with decision rendered in the case of Lohman et al. v. Commissioner of Internal Revenue, 8 Cir., 133 F.2d 977.

**H. WENZEL TENT & DUCK COMPANY, Appellant, v. The LEHON COMPANY.**

No. 12720.

Circuit Court of Appeals, Eighth Circuit.

Sept. 28, 1943.

Edmund C. Rogers, of St. Louis, Mo., for appellant.

Delos G. Haynes, of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed without taxation of costs in favor of either party in this Court, on stipulation of parties.

**William SEIGAL v. UNITED STATES of America.**

No. 2828.

Circuit Court of Appeals, Tenth Circuit.

Sept. 7, 1943.

Philip Hornbein, of Denver, Colo., and Merle M. Marshall, of Alamosa, Colo., for appellant.

Thomas J. Morrissey, U. S. Atty., of Denver, Colo., for appellee.

Before PHILLIPS, BRATTON, and HUXMAN, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellee, for failure to prosecute.